UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENERAL DIVISION
CASE NO. 12-20017 CIV GRAHAM
MAGISTRATE JUDGE :    GOODMAN

ELIZABETH BAILEY, and
other similarly situated individuals,

    Plaintiff
vs.

MONTY'S SEAFOOD, LLC.,MONTY'S
MIAMI BEACH, LLC., MONTY'S SUNSET,
LLC., STEPHEN J. KNEAPLER, individually,
and AMANDA DIAZ, individually,

    Defendants

---

## CERTIFICATE OF INTERESTED PARTIES
## AND CORPORATE DISCLOSURE STATEMENT

Defendants, MONTY'S SEAFOOD, LLC., MONTY'S SUNSET, LLC., STEPHEN J. KNEAPLER, and AMANDA DIAZ, by and through undersigned counsel and pursuant to F.R.Civ. P. 7.1, hereby file this their Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

**ATTORNEYS:**

    Donald J. Jaret, Esquire - Counsel for Defendants

    R. Martin Saenz, Esquire.  - Counsel for Plaintiff

**PARTIES:**

    ELIZABETH BAILEY – Plaintiff

    STEPHEN J. KNEAPLER -  Defendant

    AMANDA DIAZ - Defendant

MONTY'S SUNSET, LLC. - Defendant

MONTY'S SEAFOOD, LLC. - Defendant

None of the above listed corporate Defendants have parent corporations and no publicly held corporation owns 10% or more of their stock.

MONTY'S MIAMI BEACH, LLC. - Defendant

          Respectfully submitted,
          **LAW OFFICES OF DONALD J. JARET, P.A.**
          *Counsel for Plaintiff*
          2790 La Bella Ct..
          Henderson, Nv. 89052
          Tel:  (305) 740-3383
          Fax: (305) 390-8728

          BY:   s/ DONALD JARET
                 Donald J. Jaret, Esq.
                 Florida Bar No. 296163

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 14, 2012, I electronically filed the foregoing document with the Clerk using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

               S/ Donald Jaret
             DONALD J. JARET